IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ZACKARY HOFFMAN,<br><br>　　　　　　Defendant. | 8:21CB10<br><br>VIOLATION NO. NE55 9421971<br><br>DISMISSAL ORDER |

**NOW ON THIS 24th** day of March 2022, this matter is before the Court on the United States' Motion for Dismissal, Filing No. 41. The Court, being duly advised in the premises, finds that said Motion should be sustained.

**IT IS HEREBY ORDERED:**

The United States' Motion for Dismissal, Filing No. 41, is granted. Leave of Court is granted for the United States to dismiss, without prejudice, the violation in the above-captioned case as to the Defendant, Zackary Hoffman.

The Initial Appearance set for 3/29/2022 at 9:00 AM in Courtroom 7, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE before Magistrate Judge Susan M. Bazis is canceled.

Dated this 24th day of March 2022.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ Susan M. Bazis
　　　　　　　　　　　　　　　　　　United States Magistrate Judge